237 So.2d 398

Leo S. ROOS and Sidney G. Roos, A Partnership, d/b/a Roos & Roos

v.

Mrs. Beatrice DALE, wife of Jack WAY.

No. 50669.

June 29, 1970.

The application is denied. The judgment complained of is correct.

237 So.2d 398

Merville N. PITRE et ux.

v.

EMPLOYERS LIABILITY ASSURANCE CORP., Ltd. et al.

No. 50686.

June 29, 1970.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.